SADIE RUCKENSTEIN, Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

(Submitted February 26, 1934; decided March 6, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 204.)